**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARCEL RIVERS,

       *Plaintiff,*

   v.

CITY OF PHILADELPHIA, et al.,

       *Defendants.*

CIVIL ACTION
NO. 25-7288

## ORDER

**AND NOW**, this 17th day of April, 2026, upon consideration of plaintiff Marcel Rivers's Amended Complaint (Dkt. No. 9), defendant City of Philadelphia's Motion to Dismiss (Dkt. No. 11) and Rivers's response (Dkt. No. 12), it is **ORDERED** the Motion is **GRANTED**.  The *Monell* claims asserted against the City in the Amended Complaint are **DISMISSED without prejudice**.  Rivers may file a Second Amended Complaint, consistent with the accompanying Memorandum, **on or before Friday, May 15, 2026**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.